(135 So. 644)

## GRIMES v. STATE.

### 4 Div. 700.

Court of Appeals of Alabama.
June 30, 1931.

J. C. Yarbrough, of Enterprise, for appellant.

Charlie C. McCall, Atty. Gen., and Merwin T. Koonce, Asst. Atty. Gen., for the State.

SAMFORD, J.

The indictment is in Code form, section 4556, form 101, Code 1923, and sufficiently charges a violation of the prohibition statute. Jinright v. State, 220 Ala. 268, 125 So. 606.

The indictment does not seek to charge a violation of the statute aimed at the transportation of liquors in quantities of five gallons or more. Acts 1927, p. 704. The demurrer to the indictment was properly overruled.

We find no error in the record, and the judgment is affirmed.

Affirmed.